UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:21-cv-292-DJH

- *Electronically Filed* -

AMANDA MATHERLY and KAREN PARKER and
KAREN PARKER AS GUARDIAN AND NEXT
FRIEND OF R.P., A MINOR                                                                    PLAINTIFFS

VS.                                     **NOTICE OF REMOVAL**

SRM CONCRETE, LLC and
UNKNOWN EMPLOYEE OF SRM CONCRETE, LLC                              DEFENDANTS

\*\*\*  \*\*\*  \*\*\*

Defendant, Smyrna Ready Mix Concrete, LLC erroneously sued herein as SRM Concrete, LLC ("Defendant"), by counsel, respectfully shows the Court as follows:

1. There is commenced and is now pending in the Spencer Circuit Court Civil Action No. 21-CI-00029, captioned *Amanda Matherly and Karen Parker and Karen Parker as guardian and Next Friend of R.P., a minor v. SRM Concrete, LLC and Unknown Employee of SRM Concrete, LLC* in which the above-named Amanda Matherly, Karen Parker, and Karen Parker as guardian and Next Friend of R.P. are Plaintiffs and Smyrna Ready Mix Concrete, LLC erroneously sued as SRM Concrete, LLC and Unknown Employee of SRM Concrete, LLC are Defendants. Plaintiffs filed their Complaint on February 23, 2021. (Exhibit A, Plaintiffs' Complaint.)

2. This action involves a controversy between citizens of different states:

 a. Plaintiffs Amanda Matherly, Karen Parker, and R.P. were, at the time of the commencement of this action and at the present time, are citizens of the state of Kentucky. (Exhibit A, Plaintiffs' Complaint, ¶ 1-3.)

 b. Defendant Smyrna Ready Mix Concrete, LLC, was, at the time of the

commencement of this action and at the present time, a Tennessee LLC with its principal office in the state of Tennessee and, by virtue, was, at the time of the commencement of this action and is now, a citizen of the state of Tennessee, and was not then and is not now a citizen of the Commonwealth of Kentucky. (Exhibit A, Plaintiffs' Complaint, ¶ 4; Exhibit B, Affidavit of Counsel in Support of Removal.)

   3. This is an action in common law of civil nature, which arises out of a motor vehicle accident involving Plaintiffs and The Unknown Employee of Smyrna Ready Mix Concrete, LLC on or about March 12, 2020, in Spencer County, Kentucky. Based upon the following, counsel for Defendant believes that the amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars:

   a. Defendant's First Set of Discovery Requests, propounded to each Plaintiff on March 18, 2021, included a Request for Admission stating: "Please admit that you will seek in excess of $75,000, exclusive of interest and costs, at the trial of this matter." (Exhibit C, Discovery Requests to Plaintiffs.)

   b. Pursuant to Kentucky Rule of Civil Procedure CR 36.01 provides "the matter is admitted unless, within 30 days after service of the request, or within such shorter or longer time as the court may allow, the party to whom the request is directed serves upon the party requesting the admission a written answer or object addressed to the matter, signed by the party or by his attorney. . ."

   c. To date, Plaintiffs have not responded to the Request for Admission. Pursuant to Kentucky Rules of Civil Procedure 6.01, 6.05, and 36.01, the on April 20, 2021 the Request for Admission was deemed admitted that Plaintiffs will be seeking in excess of $75,000, exclusive of interest and costs, at the trial of this matter. (Exhibit C, Defendant's First Set of

Discovery Requests, p. 3.)

4. This Notice of Removal will be filed within 30 days after receipt by Defendant of a copy of a pleading or "other paper" from which it may first be ascertained that this case is one that is removable. As stated above, on April 20, 2021, Plaintiffs admitted that they will seek in excess of $75,000, exclusive of interest and costs, at the trial of this matter. This Notice of Removal will be filed and delivered to the United States District Court for the Western District of Kentucky on May 11, 2021.

5. This action in one in which the District Court of the United States is given original jurisdiction under 28 U.S.C. § 1332 and the removal jurisdiction of this Court is properly invoked under 28 U.S.C. § 1441.

6. A written notice of the filing of this Notice of Removal will be served upon Plaintiffs as required under 28 U.S.C. § 1446(d).

7. A Copy of this Notice of Removal will be filed with the Clerk of the Spencer Circuit Court as required by 28 U.S.C. § 1446(d). There is filed herewith, and by reference made a part hereof, a copy of all process, pleadings, and orders filed in this action of the filing of this Notice of Removal. (Exhibit D, Spencer Circuit Court File for Civil Action No. 21-CI-00029.)

LEE A. ROSENTHAL
CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
T: (859) 243-0228
F: (859) 317-8070

s/ Lee A. Rosenthal
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, the foregoing was filed electronically with the Clerk of the United States District Court of the Western District of Kentucky via the CM/ECF system, which will send Notice of Electronic Filing to:

T. Paul Chumbley
MORGAN & MORGAN
420 West Liberty St., Ste. 260
Louisville, KY 40202
*Counsel for Plaintiffs*

                                                  s/ Lee A. Rosenthal
                                                  COUNSEL FOR DEFENDANT