Filed    21-CI-00029    02/23/2021    Becky Robinson, Spencer Circuit Clerk

NOT ORIGINAL DOCUMENT
05/10/2021 10:20:53 AM
86537

## COMMONWEALTH OF KENTUCKY
## 53RD JUDICIAL CIRCUIT
## SPENCER CIRCUIT COURT
## CIVIL CASE NO. _____

AMANDA MATHERLY                                                                    PLAINTIFFS

- AND -

KAREN PARKER

- AND -

KAREN PARKER AS GUARDIAN AND NEXT FRIEND
OF R.P., A MINOR

v.                              **COMPLAINT**
                          *ELECTRONICALLY FILED*

SRM CONCRETE, LLC                                                                  DEFENDANTS
1136 2ND AVENUE NORTH
NASHVILLE, TENNESSEE 37208-1702

     SERVE:    J.D. KIOUS
                     300 SPORTMANS LAKE ROAD
                     ELIZABETHTOWN, KENTUCKY 42701

- AND -

UNKNOWN EMPLOYEE OF SRM CONCRETE, LLC
1136 2ND AVENUE NORTH
NASHVILLE, TENNESSEE 37208-1702

     SERVE:    J.D. KIOUS
                     300 SPORTMANS LAKE ROAD
                     ELIZABETHTOWN, KENTUCKY 42701

*** *** *** *** *** ***

Come Plaintiffs, by and through counsel, and for their Complaint and causes of action against Defendants, and each of them, hereby state as follows:

## FACTS

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000001 of 000006

**EXHIBIT A**

Filed          21-CI-00029          02/23/2021          Becky Robinson, Spencer Circuit Clerk
                                                       NOT ORIGINAL DOCUMENT
                                                       05/10/2021 10:20:53 AM
                                                       86537

1. Plaintiff, Amanda Matherly, at all times relevant herein was a resident of Taylorsville, Spencer County, Kentucky.

2. Plaintiff, Karen Parker, at all times relevant herein was a resident of Taylorsville, Spencer County, Kentucky.

3. Plaintiff, Karen Parker, at all times relevant herein, is and was the guardian and next friend of R.P., a minor, and resident of Taylorsville, Spencer County, Kentucky.

4. That SRM Concrete, LLC (SRM) at all times herein mentioned, was the owner, or otherwise in control, of a commercial motor vehicle being operated, maintained, or controlled by its agent, servant, and/or employee Unknown Employee. According to the Kentucky Secretary of State, SRM's principal office is located at 1136 2nd Avenue North, Nashville, Tennessee 37208-1702, and its agent for service of process is J.D. Kious, 300 Sportmans Lake Road, Elizabethtown, Kentucky 42701.

5. Upon information and belief, at all times herein mentioned, SRM is/was a motor carrier registered with the Federal Motor Carrier Safety Administration and authorized to transport property in interstate commerce under USDOT No. 1738904.

6. That at all times herein mentioned, Unknown Employee of SRM Concrete, LLC (Unknown Employee), was an allegedly legally licensed driver in the Commonwealth of Kentucky operating a commercial motor vehicle owned by, or otherwise controlled by, Defendant SRM.

7. At all relevant times, Unknown Employee was the employee, agent, servant, and/or statutory employee for SRM operating for the benefit of, in furtherance of the interests of, and/or within the course and scope of his employment with SRM. Accordingly, SRM is vicariously liable for the acts of Unknown Employee.

8. Jurisdiction and venue are proper as the events giving rise to this cause of action

Filed          21-CI-00029          02/23/2021          Becky Robinson, Spencer Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000002 of 000006

Filed        21-CI-00029    02/23/2021        Becky Robinson, Spencer Circuit Clerk
                                                    NOT ORIGINAL DOCUMENT
                                                    05/10/2021 10:20:53 AM
                                                    86537

occurred in Spencer County, Kentucky.

9. The amount in controversy exceeds the minimum jurisdiction of the Spencer Circuit Court.

10. That on or about March 12, 2020, Plaintiffs travelled in a 1998 Ford Expedition eastbound along Little Mount Road in Taylorsville, Spencer County, Kentucky.

11. On that date and at that location, Defendant Unknown Employee, who was then and there acting in his individual capacity, and as an agent, servant, and/or employee of SRM, travelled along Overlook Road.

12. Defendant Unknown Employee negligently and carelessly disregarded the controlling stop sign on Overlook Road, pulling his commercial vehicle into Plaintiffs' lane of travel, striking the vehicle in which Plaintiffs travelled, causing Plaintiffs' vehicle to leave the road, and causing serious personal injuries to Plaintiffs, and each of them.

13. After striking the vehicle in which Plaintiffs travelled, Defendant Unknown Employee fled the scene in the truck owned by, or otherwise under the control of, SRM.

14. That Defendant Unknown Employee, through his actions, or lack thereof, was negligent with respect to the monitoring, use, and/or operation of the vehicle he operated at the time of the collision described herein.

15. Unknown Employee violated state and federal statutes and regulations, including but not limited to KRS 189.580, 189.290, KRS 189.330, 601 KAR 1:005, and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiffs, and constitutes negligence per se pursuant to KRS 446.070 and Kentucky case law, for which SRM is vicariously liable.

16. That SRM had a duty to exercise reasonable care in entrusting its vehicles and

Filed        21-CI-00029    02/23/2021        Becky Robinson, Spencer Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)
COM : 000003 of 000006

Filed          21-CI-00029        02/23/2021         Becky Robinson, Spencer Circuit Clerk

NOT ORIGINAL DOCUMENT
05/10/2021 10:20:53 AM
86537

equipment to responsible, competent, and qualified drivers.

17. That SRM knew, or should have known, that its agents, employees, representatives, and/or contractors had to follow all applicable statutes and regulations, including those concerning safety and safe operation of its vehicles.

18. That SRM knew, or should have known, to implement policies and procedures to ensure its agents, employees, representatives and/or contractors had to follow all applicable statutes and regulations, including those concerning safety and safe operation of its vehicles.

19. That SRM failed to implement, publish, or otherwise convey policies and procedures to its agents, employees, representatives, and/or contractors, including those concerning safety and safe operation of its vehicles.

20. That SRM, individually, and by and through its agents, assigns, servants, and/or representatives, breached the duties set forth in the paragraphs above, causing serious personal injury to Plaintiffs, for which it is directly liable.

21. That Defendant SRM and its agents, employees, representatives, and/or contractors, through its actions, or lack thereof, was negligent with respect to the monitoring, use, and/or operation of its vehicles, including the motor truck driven by Defendant Unknown Employee.

22. That SRM's actions, or lack thereof, with respect to the hiring, retention, contracting, use and/or establishment of agency relationship with Unknown Employee, or any other entity for which he served as an agent, servant or representative, constituted negligent hiring, entrustment, retention, and/or supervision, as well as made it vicariously liable.

23. That SRM violated state and federal statutes and regulations, including but not limited to KRS 189.224, 601 KAR 1:005, and 49 C.F.R. §§ 350-399, which were promulgated to

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000004 of 000006

Filed          21-CI-00029        02/23/2021         Becky Robinson, Spencer Circuit Clerk

Filed          21-CI-00029          02/23/2021          Becky Robinson, Spencer Circuit Clerk
                                                              NOT ORIGINAL DOCUMENT
                                                              05/10/2021 10:20:53 AM
                                                              86537

protect the safety of a class of people that includes Plaintiff, and constitutes negligence per se pursuant to KRS 446.070 and Kentucky case law, for which it is directly liable.

24. The negligence and/or negligence per se of Defendants SRM and Unknown Employee, was a substantial factor in causing Plaintiff, Amanda Matherly, to sustain painful and permanent injuries, to incur medical expenses both past and future, and to incur pain and suffering, both body and mind, from the time of the incident to the present and in the future, all of which are in excess of the minimal jurisdictional limits of this Court.

25. The negligence and/or negligence per se of Defendants SRM and Unknown Employee was a substantial factor in causing Plaintiff, Karen Parker, to sustain painful and permanent injuries, to incur medical expenses both past and future, and to incur pain and suffering, both body and mind, from the time of the incident to the present and in the future, all of which are in excess of the minimal jurisdictional limits of this Court.

26. The negligence and/or negligence per se of Defendants SRM and Unknown Employee was a substantial factor in causing Plaintiff, Karen Parker, as mother and next friend of R.P., a minor, to sustain painful and permanent injuries, to incur medical expenses both past and future, and to incur pain and suffering, both body and mind, from the time of the incident to the present and in the future, all of which are in excess of the minimal jurisdictional limits of this Court.

27. SRM acted recklessly, wantonly and/or with extreme indifference or reckless disregard for the consequences of its actions (including the actions of its employee(s), agent(s), servant(s), and/or statutory employee(s)) as well as exhibited a reckless disregard for the life, safety and health of others, including Plaintiffs, warranting the imposition of punitive damages pursuant to KRS 411.184 and 411.186. Furthermore, punitive damages are supported by Kentucky's

Filed          21-CI-00029          02/23/2021          Becky Robinson, Spencer Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)

COM : 000005 of 000006

Filed         21-CI-00029         02/23/2021         Becky Robinson, Spencer Circuit Clerk
                                                              NOT ORIGINAL DOCUMENT
                                                              05/10/2021 10:20:53 AM
                                                              86537

declaration that heavy motor trucks endanger the lives and safety of the traveling public, which includes Plaintiffs, pursuant to KRS 189.670, which states:

> It is hereby declared to be the public policy of this state that heavy motor trucks, alone or in combination with other vehicles, increase the cost of highway construction and maintenance, interfere with and limit the use of highways for normal traffic thereon, and endanger the safety and lives of the traveling public, and that the regulations embodied in this chapter with respect to motor trucks, semitrailer trucks and semitrailers are necessary to achieve economy in highway costs, and to permit the highways to be used freely and safely by the traveling public.

**WHEREFORE**, Plaintiff, by counsel, demands as follows:

1. Judgment against Defendants for their own actions, and actions by their agents, servants, and/or employees, in a fair and reasonable amount to compensate Plaintiffs for any and all allowable claims of damages under the laws of the Commonwealth of Kentucky, as well as all other damages herein alleged;

2. Judgment against Defendant, SRM, for a fair and reasonable amount in non-apportioned punitive damages;

3. Trial by jury;

4. Costs herein incurred;

5. All just and proper relief to which Plaintiff may appear entitled, including the right to amend this Complaint

Respectfully submitted,

*/s/ T. Paul Chumbley*
T. Paul Chumbley
**MORGAN & MORGAN**
420 West Liberty Street, Suite 260
Louisville, Kentucky 40202
Telephone: (502) 912-5955
Facsimile: (502) 912-6455
pchumbley@forthepeople.com
*Counsel for Plaintiffs*

Filed         21-CI-00029         02/23/2021         Becky Robinson, Spencer Circuit Clerk

Presiding Judge: HON. CHARLES R. HICKMAN (653233)
COM : 000006 of 000006